

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-33,972-99

**EX PARTE HERMAN LEE KINDRED, AKA PONCHO, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. FR 30311-K IN THE 264TH DISTRICT COURT FROM BELL COUNTY

*Per curiam*. WALKER, J., not participating.

### O R D E R

Applicant pleaded guilty to burglary of a habitation and was sentenced to ten years' community supervision. His community supervision was later revoked and he was sentenced to ten years' imprisonment. The Third Court of Appeals dismissed his appeal. *Kindred v. State*, No. 03-85-00020-CR (Tex. App. — Austin Sept. 4, 1985) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

We have previously dismissed six subsequent applications in this cause. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. It is obvious from the record that Applicant continues to raise grounds

that were previously rejected on the merits or that should have been raised in previous applications. We hold that Applicant has abused the writ and filed a frivolous lawsuit. *See Ex parte Jones*, 97 S.W.3d 586 (Tex. Crim. App. 2003); TEX. GOV'T CODE § 498.0045(a-1). Should Applicant file future habeas applications in this cause, we will not consider the merits of his applications unless he shows that the factual or legal basis of his grounds was unavailable in a previously filed application. This application is dismissed.

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed: April 27, 2022
Do not publish